IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | CASE NO.   1:08-cv-216 |
| ) | |
| 0.26 ACRES OF LAND, more or less, ) | |
| situated in CAMERON COUNTY, TEXAS; ) | |
| and OSCAR RAMIREZ, SR., et al., ) | |
| ) | |
| *Defendants*. ) | |

GOVERNMENT'S AGREED MOTION FOR ORDER OF IMMEDIATE POSSESSION

The government moves for an Order that it receive immediate possession of the property which is the subject of this suit. Without waiving any other rights they may have, the defendant landowner(s) are in agreement that the government receive immediate possession of the property, and that the Court enter an Order to effect. They have signed below to so indicate. A Proposed Agreed Order accompanies this Motion.

Oscar Ramirez Sr.
4863 George Saenz Road
Brownsville, Texas 78521
*Pro Se*

Anita A. Ramirez
4863 George Saenz Road
Brownsville, Texas 78521
*Pro Se*

Respectfully submitted,

DONALD J. DeGABREILLE, JR.
United States Attorney
Southern District of Texas

ERNEST A. BURFORD
Assistant United States Attorney
Southern District of Texas
Louisiana Bar No.19893
P.O. Box 61129
Houston, Texas 77208-1129
Tel: (713) 567-9338
Fax: (713) 718-3407